SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
John Y. Kim (SBN 225248)
Roland Au (SBN 270085)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
scalequalaccess@yahoo.com

Attorneys for Plaintiff, MANUEL GONZALEZ

**FILED**
CLERK, U.S. DISTRICT COURT

IT IS SO ORDERED

11/1/16

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____SR_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>SNS SUBWAY INC. d/b/a SUBWAY #25468, STEAVEN JONES & ASSOCIATES, LLC, and DOES 1 through 10,<br><br>  Defendants. | Case No. 2:16-cv-04539-JFW (AFMx)<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: June 22, 2016 |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
2  Plaintiff Manuel Gonzalez ("Plaintiff") and Defendants SNS SUBWAY INC. d/b/a
3  SUBWAY #25468 and STEAVEN JONES & ASSOCIATES, LLC. ("Defendants")
4  (collectively, the "Parties") stipulate and jointly request that this Court enter a
5  dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its
6  entirety.  Each party shall bear his or its own costs and attorneys' expenses.

7
8                                          Respectfully submitted,
9  DATED:  October 27, 2016               SO. CAL. EQUAL ACCESS GROUP
10
11
12                                         By: */s/ Roland Au*
                                               ROLAND AU
                                               Attorneys for Plaintiff
13                                             MANUEL GONZALEZ
14
15
16
17 DATED:  October 27, 2016               LAW OFFICES OF FRANK W. CHEN
18
19
20                                         By:   */s/ Frank Chen*
                                               FRANK W. CHEN
                                               Attorneys for Defendants
21                                             SNS SUBWAY INC. d/b/a SUBWAY #25468
                                               and STEAVEN JONES & ASSOCIATES, LLC
22
23
24
25
26
27
28

                                            1
           JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

|   |   |
|---|---|
| 1 | **<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>** |
| 2 | Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Roland Au, do attest that all |
| 3 | signatories listed, and on whose behalf the filing is submitted, concur in the filing's |
| 4 | content and have authorized the filing. |

Dated:  October 27, 2016               By:  */s/ Roland Au*
                                            Roland Au